**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-6778

———————

MARIO HOWARD LLOYD,

Plaintiff - Appellant,

versus

GERALDO MALDONADO, Warden; UNITED STATES OF
AMERICA,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  C. Weston Houck, Senior District
Judge.  (CA-02-1604-2-12)

———————

Submitted:  July 15, 2004            Decided:  July 23, 2004

———————

Before MOTZ, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Mario Howard Lloyd, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mario Howard Lloyd, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See Lloyd v. Maldonado, No. CA-02-1604-2-12 (D.S.C. Apr. 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED